UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-09039-HDV-MBKx | Date | August 27, 2026 |
| Title | *Walid Banayot et al v. The Boeing Company et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On March 30, 2026, the Court stayed the case pending the status of the medication. *See* [Dkt. 10]. The Court notes that as of today, the Parties have not filed a status report.

Plaintiff is ordered to show cause, in writing, no later than **September 2, 2026,** why this action should not be dismissed for lack of prosecution. The Court will consider the filing of a status report as an appropriate response to this Order to Show Cause.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 715. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**